# UNITED STATES DISTRICT COURT
Middle District of Tennessee

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| AARON BERNELL JACKSON | |
| | Case No. 3:19-cr-00312 |
| | USM No. 09438-033 |
| | Heather Parker |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   1, 2, 3, 4, 5, 6 and 7   of the term of supervision.
☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Commission of state crime | 03/23/2023 |
| 2 | Failure to notify probation officer within seventy-two hours of being questioned by a law enforcement officer | 03/29/2023 |
| 3 | Failure to verify regular lawful employment | 05/01/2023 |

The defendant is sentenced as provided in pages 2 through __4__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 9462

Defendant's Year of Birth: 1976

City and State of Defendant's Residence:
Gallatin, TN

02/23/2024
Date of Imposition of Judgment

*Eli Richardson* (signature)
Signature of Judge

Eli Richardson, United States District Judge
Name and Title of Judge

February 26, 2024
Date

DEFENDANT: AARON BERNELL JACKSON
CASE NUMBER: 3:19-cr-00312

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 4 | Failure to notify probation officer ten days prior to any change in residence or employment | 06/26/2023 |
| 5 | Unlawful use of a controlled substance | 06/01/2023 |
| 6 | Failure to report for drug tests and failure to attend substance abuse treatment | 06/16/2023 |
| 7 | Failure to follow instructions as to verifying employment and location | 06/01/2023 |

DEFENDANT: AARON BERNELL JACKSON
CASE NUMBER: 3:19-cr-00312

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :
Time served (approximately 7 days)

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
　☐ at _____ ☐ a.m. ☐ p.m. on _____ .
　☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
　☐ before 2 p.m. on _____ .
　☐ as notified by the United States Marshal.
　☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: AARON BERNELL JACKSON
CASE NUMBER: 3:19-cr-00312

# SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of :

44 months, beginning the date of the supervised release hearing (2/23/24), with the same conditions as previously imposed.