# UNITED STATES DISTRICT COURT
## Middle District of Tennessee

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>AARON BERNELL JACKSON | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case No. 3:19-cr-00312<br>USM No. 09438-033<br><br>Heather Parker<br>Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  **1, 2, 3 and 4**  of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Unlawful use of a controlled substance | 09/13/2024 |
| 2 | Failure to participate in randon drug testing | 10/03/2024 |
| 3 | Failure to notify U.S. Probation regarding change in residence | 10/08/2024 |
| 4 | Failure to submit monthly supervision reports to US Probation | 09/01/2024 |

The defendant is sentenced as provided in pages 2 through **3** of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Violation Numbers _____ are dismissed upon the Government's motion.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 9462

Defendant's Year of Birth: 1976

City and State of Defendant's Residence:
Gallatin, TN

12/04/2024
Date of Imposition of Judgment

*/s/ Eli Richardson*
Signature of Judge

Eli Richardson, United States District Judge
Name and Title of Judge

December 6, 2024
Date

DEFENDANT: AARON BERNELL JACKSON
CASE NUMBER: 3:19-cr-00312

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

Time served (approximately 23 days)

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.


                                                    UNITED STATES MARSHAL

                          By _____
                                               DEPUTY UNITED STATES MARSHAL

DEFENDANT: AARON BERNELL JACKSON
CASE NUMBER: 3:19-cr-00312

# SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of :

24 months with the same conditions as previously imposed, with the additional condition of:

The defendant shall reside at a residential reentry center for no less than 180 days, or no more than 360 days. While in residency at the RRC, he shall follow all their rules and regulations, to include obtaining and maintain full-time employment. Defendant shall also establish a savings account in order to save money for his future residence. Subsistence fees shall be waived.