# UNITED STATES DISTRICT COURT

Middle District of Tennessee

UNITED STATES OF AMERICA
v.
AARON BERNELL JACKSON

## JUDGMENT IN A CRIMINAL CASE

(For **Revocation** of Probation or Supervised Release)

Case No 3 19-cr-00312

USM No 09438-033

William Shockley
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) 1, 2 and 3 of the term of supervision.

☐ was found in violation of condition(s) count(s) ______ after denial of guilt.

The defendant is adjudicated guilty of these violations

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to successfully complete the residential reentry program | 01/10/2025 |
| 2 | Failure to notify the probation officer ten days prior to any change in residence | 01/16/2025 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment The sentence is imposed pursuant to the Sentencing Reform Act of 1984

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances

Last Four Digits of Defendant's Soc Sec No 9462

Defendant's Year of Birth 1976

City and State of Defendant's Residence
Gallatin, Tennessee

09/14/2026
Date of Imposition of Judgment

Eli Richardson
Signature of Judge

Eli Richardson, United States District Judge
Name and Title of Judge

September 21, 2026
Date

DEFENDANT: AARON BERNELL JACKSON
CASE NUMBER: 3 19-cr-00312

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 3 | Failure to report to U S Probation for random drug testing | 01/21/2025 |

DEFENDANT: AARON BERNELL JACKSON
CASE NUMBER: 3 19-cr-00312

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

7 months

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at ______________ ☐ a m ☐ p m. on ______________________

☐ as notified by the United States Marshal

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

☐ before 2 p m on ____________________

☐ as notified by the United States Marshal

☐ as notified by the Probation or Pretrial Services Office

# RETURN

I have executed this judgment as follows:

Defendant delivered on ________________________ to ____________________________

at ________________________ with a certified copy of this judgment.

____________________________________
UNITED STATES MARSHAL

By ____________________________________
DEPUTY UNITED STATES MARSHAL

DEFENDANT: AARON BERNELL JACKSON
CASE NUMBER: 3 19-cr-00312

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:

No term of supervised release imposed